**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| **UNITED NATIONAL INS. CO.** | : | **CASE NO. 4:26-cv-11640** |
| **Plaintiff,** | : | **JUDGE F. KAY BEHM** |
| **vs.** | : | **ANSWER OF N.R.** |
| **KIWI HOSPITALITY, et al.** | : | |
| **Defendants.** | : | |

Now comes Defendant. N.R., by and through counsel, and for her Answer to the Complaint states as follows:

1) Defendant admits paragraphs 7, 10, 11, 12, 13, 14, 15, 16, 21 and 22 of the Complaint.
2) Defendant denies paragraphs 24 and 25 of the Complaint.
3) With regard to paragraphs 1, 2, 3, 4, 5, 6, 8, 9, 17, 18, 19 and 23 of the Complaint, Defendant is without facts or information sufficient to determine the truth or falsity of the allegations and therefore denies same.
4) With regard to paragraph 20 of the Complaint, Defendant restates her previous responses to the incorporated allegations.
5) Defendant denies all other allegations of the Complaint.

WHEREFORE, Defendant requests a declaration that Plaintiff's policy does provide coverage for her claims and that it is obligated to provide a defense to its insureds.

Respectfully Submitted,

/s/ *Konrad Kircher*

Konrad Kircher (0059249)
KIRCHER LAW, LLC
312 Walnut St., Suite 1600

Cincinnati, OH 45202
PH: (513) 218-1252
Fax: (513) 586-0480
konrad@kircher.law
*Attorney for Defendant N.R.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed with the Court through its e-filing system and will be served upon all counsel of record through that system.

/s/ *Konrad Kircher*
Konrad Kircher (0059249)