AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United National Insurance Company
*Plaintiff*
v.
Best Western International, Inc., et al.
*Defendant*

Case No. 4:26-cv-11640-FKB-APP

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Best Western International, Inc. .

Date: 08/28/2026

/s/ Zachary G. Stillman
*Attorney's signature*

Zachary G. Stillman
*Printed name and bar number*

LITCHFIELD CAVO LLP
303 W. Madison, Suite 300
Chicago, Illinois 60606
(P87670)
*Address*

stillman@litchfieldcavo.com
*E-mail address*

(312) 781-6672
*Telephone number*

(312) 781-6630
*FAX number*