**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| **UNITED NATIONAL INSURANCE COMPANY,** | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| **KIWI HOSPITALITY DETROIT, LLC,** | ) | |
| and | ) | Case No. 4:26-cv-11640-FKB-APP |
| **BEST WESTERN INTERNATIONAL, INC.,** | ) | |
| and | ) | |
| **N.R.,** | ) | |
| Defendants. | ) | |

**AGREED MOTION TO EXTEND TIME FOR**
**DEFENDANT BEST WESTERN INTERNATIONAL, INC.,**
**TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW Defendant Best Western International, Inc. ("Best Western"), by and through counsel, for this Agreed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint (Doc. #1). In support of this Motion, Best Western states:

1. Upon information and belief, Best Western was served with the Summons and Complaint in this matter on August 7, 2026. Under Fed. R. Civ. P. 12, Best Western would have until August 28, 2026, to answer or otherwise respond to Plaintiff's Complaint.

2. Best Western respectfully moves this Court for **an extension of time to September 11, 2026**, to file its Answer or otherwise respond to Plaintiff's Complaint.

3. Best Western has contacted Plaintiff's counsel regarding this matter, and Plaintiff

does not oppose the relief requested herein.

4. This Motion, and the relief requested herein, is not being made for the purpose of delay or any other improper purpose.

WHEREFORE, for the foregoing reasons, Defendant Best Western International, Inc., respectfully requests that this Court grant Best Western's requested extension of time to answer or otherwise respond to Plaintiff's Complaint to September 11, 2026, and for all other relief this Court deems just and proper.

Respectfully submitted,

/s/ *Zachary G. Stillman*
One of the Attorneys for Defendants
Zachary G. Stillman (P87670)
**LITCHFIELD CAVO LLP**
303 West Madison, Suite 300
Chicago, IL 60606
Stillman@LitchfieldCavo.com
(312) 781-6672 (Stillman)

Blaine P. Smith (pending admission)
**LITCHFIELD CAVO LLP**
10401 Holmes Rd, Ste 220
Kansas City, MO 64131
SmithB@LitchfieldCavo.com
(816) 648-1408 (Smith)

/s/ *Yosef C. Klein*
One of the Attorneys for Defendants
YOSEF C. KLEIN (P79808)
RICH, CAMPBELL & ROEDER, PC
32783 Middlebelt Road
Farmington Hills, Michigan 48334
(248) 406-8000 / (248) 406-8001 – fax
yklein@rcrfirm.com
jenna@rcrfirm.com (Asst.)