**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

**UNITED NATIONAL**
**INSURANCE COMPANY,**

**Plaintiff,**

**Case No. 26-cv-11640**
**Hon. Robert J. Jonker**

**v.**

**KIWI HOSPITALITY DETROIT, LLC,**
**BEST WESTERN INTERNATIONAL, INC.,**
**and N.R.,**

**Defendants.**
______________________________________________________________/

**APPEARANCE**

Yosef C. Klein, of the law firm of RICH, CAMPBELL & ROEDER, P.C., appears as co-counsel on behalf of Defendant BEST WESTERN INTERNATIONAL, INC., in this case.

Respectfully submitted,

RICH, CAMPBELL & ROEDER, P.C.

By: /s/ Yosef C. Klein
YOSEF C. KLEIN (P79808)
Co-Counsel for Defendant ***Best Western***
32783 Middlebelt Road
Farmington Hills, MI 48334
(248) 406-8000 / (248) 406-8001 – fax

Dated: September 8, 2026

**PROOF OF SERVICE**
**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**Court Case No. 26-cv-11640**

The undersigned certifies that a copy of **APPEARANCE** was served upon all parties of record as to the above cause, to their respective addresses as disclosed on the pleadings of record herein, by:

- ❑ Facsimile
- ❑ Regular US Mail (postage prepaid)
- ❑ Email
- ❑ Certified Mail (postage prepaid)
- ❑ Hand Delivery
- ✓ **CM/ECF E-Service**

On this the 8th day of September, 2026.

/s/ Jennifer M. Roberge
Jennifer M. Roberge