UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United National Insurance Company,

Plaintiff(s),

v.

Kiwi Hospitality Detroit, LLC, et al.,

Defendant(s),

Case No. 4:26−cv−11640−FKB−APP
Hon. F. Kay Behm

**ORDER TO SHOW CAUSE**

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 10/9/2026, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

s/F. Kay Behm
F. Kay Behm
U.S. District Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Kourtney E Collins
Case Manager

Dated: September 25, 2026