UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United National Insurance Company,

Plaintiff(s),

v.

Case No. 4:26−cv−11640−FKB−APP
Hon. F. Kay Behm

Kiwi Hospitality Detroit, LLC, et al.,

Defendant(s),

**ORDER VACATING ORDER TO SHOW CAUSE**

The Court having issued an Order to Show Cause on 9/25/2026, and the appropriate action having been taken;

IT IS HEREBY ORDERED that the Court's Order to Show Cause is satisfied and hereby vacated.

SO ORDERED.

s/F. Kay Behm
F. Kay Behm
U.S. District Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Kourtney E Collins
Case Manager

Dated: October 7, 2026