**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

Case No. 4:26-CV-11640-FKB-APP

UNITED NATIONAL INSURANCE COMPANY,

Plaintiff,

v.

KIWI HOSPITALITY DETROIT, LLC,
et al.,

Defendants.

## NOTICE OF APPEARANCE

Please take notice that Jason P. Walker hereby enters his appearance as counsel for Plaintiff United National Insurance Company in the above-captioned action.

Date: October 23, 2026

Respectfully submitted,

*/s/ Jason P. Walker, Esq.*

M. Tyler Hull, Esq. (Mich. Bar No. P78131)
Jason P. Walker, Esq. (P76839)
ROLFES HENRY CO., LPA
39555 Orchard Hill Place, Suite 600
Novi, Michigan 48375
T: 734-402-8301
F: 513-579-0222
E: thull@rolfeshenry.com
E: slenzly@rolfeshenry.com

*Attorney for Plaintiff*
*United National Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Response to Order to Show Cause was electronically filed through the Court's Electronic Case Filing System (CM/ECF) on October 23, 2026, and notice has been sent to all registered parties, per Civil Rule 5(b)(2)(E).