**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

Case No. 4:26-CV-11640-FKB-APP

UNITED NATIONAL INSURANCE COMPANY,

Plaintiff,

v.

KIWI HOSPITALITY DETROIT, LLC,
et al.,

Defendants.

# REPORT OF THE PARTIES' PLANNING MEETING

[ Fed. R. Civ. P. 26(f) ]

1. Pursuant to Fed. R. Civ. P. 26(f), a conference was held on 10/08/2026 and was attended by M. Tyler Hull, counsel for Plaintiff, United National Insurance Company (hereafter "United National"), and Blaine P. Smith, counsel for Best Western International, Inc. (hereafter "Best Western"). Counsel for defendant, N.R., did not attend. Nobody on behalf of Kiwi Hospitality Detroit, LLC (hereafter "Kiwi") attended because Kiwi has not yet been served.
2. The parties agree that all Defendants beside Kiwi have been properly named and properly served with the Complaint.
3. The parties do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).
4. As this case is a declaratory action regarding insurance coverage only, the parties recommend the following track: Expedited.

5. This case is not suitable for one or more Alternative Dispute Resolution mechanisms at this point, as the parties do not plan to engage in discovery outside of the initial pleadings. United National's claims will be submitted to the Court in a Motion for Judgment on the Pleadings.

6. **Initial disclosures:** The parties will exchange pre–discovery disclosures that Fed. R. Civ. P. 26(a)(1) requires within four (4) weeks after the issuance of this Court's scheduling order.

7. **Settlement/Negotiation status:** The parties have not begun settlement discussions and are not yet in a position to do so.

8. **Recommended Discovery Plan**

   a. Scope: The parties adopt the discovery limits set forth in the Federal Rules of Civil Procedure.

   b. Discovery relevant to the merits of the claims and defenses, including liability and damages:

      i. Written discovery requests and fact witness depositions: within four (4) months after the issuance of this Court's scheduling order.

      ii. Exchange lists of all fact witnesses and exhibits: six (6) weeks before the close of discovery.

      iii. Plaintiff's expert disclosure(s) and report(s): six (6) weeks before the close of discovery.

      iv. Defendant's expert disclosure(s) and report(s): two (2) weeks before the close of discovery.

      v. Rebuttal expert report(s): by the close of discovery.

      vi. Expert depositions and discovery: within seven (7) months after the issuance of this Court's scheduling order.

c. The parties anticipate discovery regarding the following sorts of electronically stored information (hereafter "ESI"): None.

d. Privilege and protection of certain discovery materials: The parties do not anticipate issues regarding privilege or protection of trial–preparation materials.

e. Public Records: Documents received by either party pursuant to a public records request shall be exchanged upon either party's request under F.R.C.P. 26, 33, or 34.

9. **Amendment to pleadings and joinder of parties:** The parties agree to comply with the requirements of Fed. R. Civ. P. 15 for deadlines and procedures of amending the pleadings and/or adding parties.

10. **Status hearing/Court settlement conference:** as the Court directs.

11. **Facilitation:** Within thirty (30) days *after* the close of discovery. The parties must notify the Court's judicial assistant of the facilitator's identity and the facilitation date by thirty (30) days *before* the close of discovery.

12. **Dispositive motions deadline:** Within thirty (30) days *after* the facilitation deadline.

13. **Other matters for the Court's attention at this time:** None.

Respectfully Submitted,

*/s/ Jason P. Walker*

M. Tyler Hull (P78131)
Jason P. Walker (P76839)
Rolfes Henry Co., LPA
39555 Orchard Hill Place, Suite 600
Novi, Michigan 48375
Telephone: 734-402-8301
E–mail: thull@rolfeshenry.com

*Attorney for Plaintiff*
*United National Insurance Company*

*/s/ Blaine P. Smith*

Blaine P. Smith (pending admission)
Zachary Stillman (P87670)
Litchfield Cavo, LLP
10401 Holmes Road, Suite 220
Kansas City, Missouri, 64131
Telephone: 816-648-1408
E–mail: smithb@litchfieldcavo.com
stillman@litchfieldcavo.com

*Attorneys for Defendant*
*Best Western International*